**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **MARSHA L. VOGT,** § | |
| § | |
| **PLAINTIFF,** § | |
| § | |
| v. § | **CIVIL ACTION NO. H-03-1586** |
| § | |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** § | |
| § | |
| **DEFENDANT.** § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of this date the Court granted Defendant Nationwide Mutual Insurance Company's ("Nationwide") motion for summary judgment in all respects. Accordingly, the Court hereby enters final judgment in favor of Nationwide and against Plaintiff Marsha Vogt. Plaintiff is to bear all costs of action.

**SIGNED** at Houston, Texas, this 1st day of August, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE